HOWARD B. FRANK
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 42233

Attorney for Defendant
Lindy Lerin Dang

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Larry A. Burns)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06-CR-0511-LAB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LINDY LERIN DANG, | ) | |
| Defendant. | ) | |

    Good cause appearing in that the court having granted the Governments' motion to dismiss the indictment as to Lindy Lerin Dang on June 5, 2006, the Court having exonerated the bond of Lindy Lerin Dang on June 5, 2006, it is hereby ordered that the clerk of the court remit to sureties Sharon and Paul Westerdale the five thousand dollars ($5,000.00) deposited by them. Said amount shall be sent to Sharon and Paul Westerdale at 2236 Hat Oak Ridge Las Vegas Nevada 89134.

IT IS SO ORDERED.

Dated: 9-21-06

_____
Honorable Judge Larry A. Burns
United States District Judge