UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 SEP 25  AM 10: 13

Honorable Judge Larry Burns

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06CR0511LAB |
| Plaintiff | ORDER TO CLOSE INTEREST |
| vs. | BEARING ACCOUNT AND |
| LINDY LERIN DANG, | DISBURSE FUNDS |
| Defendant | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $5,000.00, plus interest, from the interest bearing account in the above entitled case to Paul Westerdale, 2236 Hot Oak Ridge Street, Las Vegas NV, 89134.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

IT IS SO ORDERED.

Dated: 9-21-06

JUDGE LARRY BURNS
UNITED STATED DISTRICT JUDGE